IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.

Joreel Sine,

    Plaintiff,

      v.

Ric Bradshaw, in his official capacity as Sheriff
of Palm Beach County, and William D. Wheeler,
in his individual capacity

    Defendants.
_____/

## DEFENDANTS' JOINT NOTICE OF REMOVAL

COME NOW Defendants, WILLIAM D. WHEELER, in his individual capacity, (hereinafter "WHEELER") and RIC BRADSHAW, in his official capacity as Sheriff of Palm Beach County, (hereinafter "THE SHERIFF"), by and through their undersigned counsel, pursuant to Title 28, United States Code, §§1331, 1441, 1443(2) and 1446, and hereby file this Joint Notice of Removal and state:

1. This action was originally filed in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida on or about October 9, 2017, where it was assigned Case No. 502017CA011109XXXXMB – Div AE.

2. Copies of all process, pleadings and/or orders served upon WHEELER and THE SHERIFF in this action are attached hereto as Composite Exhibit 1.

3. WHEELER received notice of the subject lawsuit through summons on or about October 16, 2017.

4. THE SHERIFF received notice of the subject lawsuit through summons on or about October 16, 2017.

5. Plaintiff filed a two-count Complaint. The first count alleges a claim for excessive force (assault and battery) against THE SHERIFF. The second count alleges a claim for assault and battery, with malicious purpose and disregard for human rights, against WHEELER, individually.

6. It would appear that the Complaint against WHEELER and THE SHERIFF alleges Federal actions in that Plaintiff claims violations of the 8th and 14th Amendments of the Constitution of the United States of America. ¶ 3. Undersigned counsel's inquiry with Plaintiff's counsel has not definitively indicated otherwise.

7. This Court has original jurisdiction over this action as provided in 28 USC § 1331, as the claims made by Plaintiff arise under the Constitution, laws, or treatises of the United States.

8. The instant action is properly removable pursuant to 28 USC § 1441 and 1443.

9. WHEELER and THE SHERIFF hereby waive service of process as provided in *Fed R. Civ. P. 4(d)*, preserving all defenses.

10. WHEELER and THE SHERIFF shall treat the date of filing the instant removal as the commencement of the seven (7) day period to respond to Plaintiff's Complaint pursuant to *Fed R. Civ. P. 81(c)(2)(C)*.

11. The undersigned counsel for WHEELER and THE SHERIFF have conferred and both consent to the removal of the case.

12. Notice of this Removal is being provided to counsel for Plaintiff and the Clerk of Court for the Fifteenth Judicial Circuit, pursuant to 28 USC § 1446 (d).

13. This Notice of Removal has been filed within thirty (30) days after service was affected on WHEELER and THE SHERIFF.

Dated: November 14, 2017

Respectfully Submitted,

        **s/ James O. Williams**_____
        Florida Bar No. 0614513
        Counsel for William Wheeler
        Williams, Leininger & Cosby, P.A.
        11300 US Highway One, Suite 300
        North Palm Beach, Florida 33408
        Telephone No. (561)615-5666
        Facsimile No. (561)615-9606

        **s/Summer M. Barranco**_____
        Florida Bar No. 984663
        Counsel for Ric Bradshaw, in his official capacity as Sheriff of Palm Beach County
        Law Offices of Purdy, Jolly, Giuffreda & Barranco, P.A.
        2455 E. Sunrise Blvd., Suite 1216
        Fort Lauderdale, FL 33304
        Telephone No. (954)462-3200

Facsimile No. (954)462-3861

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 14, 2017, I electronically filed the foregoing document with the Clerk of Court using its CM/ECF system, and sent a copy via email to the parties listed below.

**s/ James O. Williams**_____
Florida Bar No. 0614513

**SERVICE LIST:**

Kevin R. Anderson, Esq.
Anderson & Welch, LLC.
500 S. Australian Ave., 6th Floor
West Palm Beach, FL 33401
juristfla@bellsouth.net