Filing # 62566623 E-Filed 10/09/2017 12:32:13 PM

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT IN AND
FOR PALM BEACH COUNTY, STATE OF FLORIDA

Joreel Sine,

    *Plaintiff,*

v.

Ric Bradshaw, in his official capacity as Sheriff
of Palm Beach County, and William D. Wheeler, in
his individual capacity,

    CIVIL DIVISION
    CASE NO:
    DIVISION:

    *Defendants.*

RECEIVED
OCT 1 6 2017
PALM BEACH COUNTY
SHERIFF'S OFFICE
DEPARTMENT OF LEGAL AFFAIRS

BB
LR
CK
AC

## SUMMONS
## IMPORTANT

TO/PARA/A: **William D. Wheeler**
Palm Beach County Sheriff's Office
3228 Gun Club Rd.
West Palm Beach, FL 33406

### IMPORTANT

A lawsuit has been filed against you. You have **20 calendar days** after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at 205 North Dixie Highway, West Palm Beach, Florida 33401. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case.

**If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a copy of your written response to the party serving this summons at:

ANDERSON & WELCH, LLC.
ATTN: KEVIN R. ANDERSON, ESQ.
500 S. AUSTRALIAN AVE., SIXTH FLOOR
WEST PALM BEACH, FL 33401
TELEPHONE: (561) 832-3386

FILED: PALM BEACH COUNTY, FL, SHARON R. BOCK, CLERK, 10/09/2017 12:32:13 PM

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request.

You must keep the Clerk of the Circuit Court's office notified of your current address Future papers in this lawsuit will be mailed to the address on record at the clerk's office.

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Localizado en: 205 North Dixie Highway, West Palm Beach, Florida 33401. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, usted puede consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparencencia a:

*ANDERSON & WELCH, LLC.*
*ATTN: KEVIN R. ANDERSON, ESQ.*
*500 S. AUSTRALIAN AVE., SIXTH FLOOR*
*WEST PALM BEACH, FL 33401*
*TELEPHONE: (561) 832-3386*

Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, estan disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's office]. Estos documentos pueden ser revisados a su solicitud.

Usted debe de manener informada a la oficina del Secretario de Juzgado del Circuito de su direccion actual. Los papeles que se presenten en el futuro en esta demanda judicial seran env ados por correo a la direccion que este registrada en la oficina del Secretario.

# IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Qui se trouve a: 205 North Dixie Highway, West Palm Beach, Florida 33401. Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation.

*ANDERSON & WELCH, LLC.*
*KEVIN R. ANDERSON, ESQ.*
*500 S. AUSTRALIAN AVE., SIXTH FLOOR*
*WEST PALM BEACH, FL 33401*
*TELEPHONE: (561) 832-3386*

**Les photocopies de tous les documents tribunals de cette cause, y compris des arrets, sont disponible au bureau du greffier. Vous pouvez revue ces documents, sur demande.**

**Il faut aviser le greffier de votre adresse actuelle   Les documents de l'avenir de ce proces seront envoyer a l' adresse que vous donnez au bureau du greffier.**

You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named municipality.

DATED:
Oct 11 2017

(SEAL)



_____
CLERK OF THE CIRCUIT COURT

By: *Blake Smith*
Deputy Clerk    Blake Smith

# IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, STATE OF FLORIDA

Joreel Sine, )
    *Plaintiff*, )
        )
  v. )
        )
Ric Bradshaw, in his official capacity as Sheriff )
of Palm Beach County, and William D. Wheeler, in )
his individual capacity, ) CIVIL DIVISION
        ) CASE NO: 502017CA011109XXXMB
    *Defendants*. ) DIVISION: AE
_____ /

## SUMMONS
## IMPORTANT

**TO/PARA/A:**   Ric Bradshaw in his official capacity as
               Sheriff of Palm Beach County
               Palm Beach County Sheriff's Office
               3228 Gun Club Rd.
               West Palm Beach, FL 33406

## IMPORTANT

     A lawsuit has been filed against you. You have **20 calendar days** after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at 205 North Dixie Highway, West Palm Beach, Florida 33401. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case.

     If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

     If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a copy of your written response to the party serving this summons at:

*ANDERSON & WELCH, LLC.*
*ATTN: KEVIN R. ANDERSON, ESQ.*
*500 S. AUSTRALIAN AVE., SIXTH FLOOR*
*WEST PALM BEACH, FL 33401*
*TELEPHONE: (561) 832-3386*

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request.

You must keep the Clerk of the Circuit Court's office notified of your current address Future papers in this lawsuit will be mailed to the address on record at the clerk's office.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Localizado en: 205 North Dixie Highway, West Palm Beach, Florida 33401. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, usted puede consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparencencia a:

*ANDERSON & WELCH, LLC.*
*ATTN: KEVIN R. ANDERSON, ESQ.*
*500 S. AUSTRALIAN AVE., SIXTH FLOOR*
*WEST PALM BEACH, FL 33401*
*TELEPHONE: (561) 832-3386*

Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, estan disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's office]. Estos documentos pueden ser revisados a su solicitud.

Usted debe de manener informada a la oficina del Secretario de Juzgado del Circuito de su direccion actual. Los papeles que se presenten en el futuro en esta demanda judicial seran env ados por correo a la direccion que este registrada en la oficina del Secretario.

# IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Qui se trouve a: 205 North Dixie Highway, West Palm Beach, Florida 33401. Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation.

*ANDERSON & WELCH, LLC.*
*KEVIN R. ANDERSON, ESQ.*
*500 S. AUSTRALIAN AVE., SIXTH FLOOR*
*WEST PALM BEACH, FL 33401*
*TELEPHONE: (561) 832-3386*

**Les photocopies de tous les documents tribunals de cette cause, y compris des arrets, sont disponible au bureau du greffier. Vous pouvez revue ces documents, sur demande.**

**Il faut aviser le greffier de votre adresse actuelle   Les documents de l'avenir de ce proces seront envoyer a l' adresse que vous donnez au bureau du greffier.**

You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named municipality.

DATED:  Oct 13 2017

(SEAL)

_____
CLERK OF THE CIRCUIT COURT

By: *Shannon Fatu*
Deputy Clerk   SHANNON FATU

IN THE CIRCUIT COURT OF THE 15th JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, STATE OF FLORIDA

Joreel Sine,
    *Plaintiff,*

v.

Ric Bradshaw, in his official capacity as Sheriff of Palm Beach County, and William D. Wheeler, in his individual capacity
    *Defendants.*

CASE NO:

CIVIL DIVISION:

## COMPLAINT

**COMES NOW**, JOREEL SINE by and through his undersigned counsel and seeks money damages in excess of $15,000.00, exclusive of costs, interest and attorney fees and sues Ric Bradshaw, in his official capacity as Sheriff of Palm Beach County, and William D. Wheeler, in his individual capacity, and states:

### JURISDICTIONAL ALLEGATIONS

1. This is an action for damages in excess of $15,000.00 (fifteen-thousand dollars) plus taxable costs.

2. This is an action which meets this Court's jurisdictional threshold.

3. JOREEL SINE's claims are made pursuant to Florida Statute 768.28, the 8th and 14th Amendments to the Constitution of the United States of America.

4. All acts and occurrences material to this cause of action were committed in Palm Beach County, Florida.

### PARTIES

5. JOREEL SINE [hereafter PLAINTIFF] is an adult resident of the State of Florida, domiciled in Palm Beach County, Florida.

Page 1 of 7

6. RIC BRADSHAW [hereafter SHERIFF] is sued in his official capacity as Sheriff of Palm Beach County. In this cause, Defendant, SHERIFF acted through his agents, employees and servants.

7. WILLIAM D. WHEELER [hereafter WHEELER] was an adult employee of the Palm Beach County Sheriff's Office at the time the present cause of action arose and is sued in his individual capacity.

8. All acts and occurrences material to this cause of action were committed in Palm Beach County, Florida.

## CONDITIONS PRECEDENT

9. All conditions precedent to the prosecution of this action have occurred, or have been performed, excused or waived.

10. On or about August 25, 2014, PLAINTIFF forwarded a written notice pursuant to Fla. Stat. 768 to SHERIFF and the Florida Department of Financial Services, Division of Risk Management.

## GENERAL ALLEGATIONS & FACTS COMMON TO ALL COUNTS

11. PLAINTIFF at all times material to the present case was a detainee in the West Detention Center of the Palm Beach County Jail located in Belle Glade, Florida.

12. WHEELER worked in the capacity of deputy, Corrections Division, Palm Beach County Jail, Belle Glade, Florida. At all times material to the present case, WHEELER was a member of the SHERIFF's Corrections Emergency Response Team (CERT).

13. On or about October 9, 2013 WHEELER and another deputy entered PLAINTIFF's cell purportedly to inspect and perform a routine interior search. PLAINTIFF was directed to

exit his cell, where WHEELER stood beside him as the other deputy conducted the cell's interior search.

14. PLAINTIFF verbally objected to the duration of time and manner in which his cell was being searched. He was then directed to re-enter his cell where WHEELER and the other deputy used physical force against PLAINTIFF. The PLAINTIFF was then made to wait, or was physically placed outside the cell by WHEELER.

15. WHEELER told the now handcuffed PLAINTIFF, "You're lucky we're on camera; wait 'til you get off camera - - you're going to get it" or comparable words.

16. PLAINTIFF sustained physical injury from the encounter. PLAINTIFF was taken to the detention center's clinic by WHEELER and another deputy.

17. At no time did PLAINTIFF attempt to, or strike WHEELER or the other deputy.

18. As PLAINTIFF entered the clinic's treatment area, he began to alert the medical staff that he had sustained injury from his encounter before being brought to the clinic.

19. WHEELER seated the PLAINTIFF in a hard-backed chair located in the medical area hallway. At all times, PLAINTIFF's hands were restrained behind his back with handcuffs.

20. While PLAINTIFF was seated, a medical assistant attempted to read his wrist identification bracelet but was unable to do so.

21. WHEELER then forcefully grabbed and jerked PLAINTIFF's handcuffed wrist causing PLAINTIFF's arm to contort.

22. PLAINTIFF was then grabbed by WHEELER by placing both hands around his throat and neck.

23. WHEELER physically lifted the handcuffed PLAINTIFF out of the chair by his neck causing PLAINTIFF's head to slam against the wall.

24. The handcuffed PLAINTIFF was then pulled to a prone position on the cement floor.

25. WHEELER struck Plaintiff with his knee. PLAINTIFF laid upon the clinic's floor while bleeding with WHEELER continuing to press his weight upon PLAINTIFF's prone body.

26. The PLAINTIFF sustained facial lacerations, head, mouth and nose injury.

## COUNT I (ONE)
## CLAIM FOR EXCESSIVE FORCE (ASSAULT & BATTERY) AGAINST DEFENDANT, SHERIFF, COGNIZABLE UNDER FLORIDA LAW

For his cause of action against Defendant, SHERIFF, in Count I, PLAINTIFF re-alleges and adopts, as if fully set forth, the allegations contained in paragraphs 1-26 and would further state:

27. SHERIFF's agent or employee, WHEELER, under color of law, did intentionally and unlawfully threaten by words and actions to do violence to the PLAINTIFF coupled with an apparent ability to do so, creating a well-founded fear in PLAINTIFF that such violence was imminent by telling the PLAINTIFF, "You're lucky we're on camera; wait 'til you get off camera - - you're going to get it" or comparable words. WHEELER's statement was preceded by PLAINTIFF being touched or struck by WHEELER while restrained or being forcibly removed from his housing unit in the Palm Beach County Jail.

28. The PLAINTIFF was placed in reasonable apprehension of immediately receiving further injury, pain and physical discomfort resulting from SHERIFF's agent or employee, WHEELER's actions.

29. SHERIFF's agent or employee, WHEELER, acting under color of law, also did intentionally further touch and strike PLAINTIFF by deliberately placing both of his hands around PLAINTIFF's throat and neck, lifting PLAINTIFF out of a chair while PLAINTIFF sat handcuffed behind his back. WHEELER then slammed PLAINTIFF's head against the wall

and pulled PLAINTIFF onto a cement floor. WHEELER used his knee to then strike PLAINTIFF. The above actions were without the PLAINTIFF's consent and against his will. The agent's actions intentionally caused physical harm to PLAINTIFF.

30. The conduct of SHERIFF's agent, WHEELER, towards PLAINTIFF, as more fully set forth above, was objectively unreasonable and constituted an Assault preceded by unnecessary and actual use of force constituting a Battery. Thereafter, WHEELER committed an additional Battery upon PLAINTIFF.

31. As a result of the actions of Defendant SHERIFF's agent or employee, PLAINTIFF suffered damages which include: physical suffering; physical inconvenience; physical discomfort; physical injury, anguish and emotional suffering; embarrassment; legal costs and fees.

**WHEREFORE**, PLAINTIFF demands judgment against the Defendant, SHERIFF, for compensatory damages and costs of this action together with any post judgment interest and requests trial by jury.

### COUNT II (TWO)
### CLAIM OF ASSAULT AND BATTERY AGAINST DEFENDANT WHEELER, INDIVIDUALLY, COGNIZABLE UNDER FLORIDA LAW
(MALICIOUS PURPOSE & DISREGARD FOR HUMAN RIGHTS)

For his cause of action against Defendant, WHEELER, individually in Count II, PLAINTIFF re-alleges and adopts, as if fully set forth, the allegations contained in paragraphs 1-26 and would further state as follows:

32. WHEELER, did intentionally and unlawfully threaten by words and actions to do violence to the PLAINTIFF coupled with an apparent ability to do so, creating a well-founded fear in PLAINTIFF that such violence was imminent by telling the PLAINTIFF, "You're lucky we're on camera; wait 'til you get off camera - - you're going to get it" or comparable words

which were preceded by Wheeler touching or striking PLAINTIFF while he was restrained or being forcibly removed from his housing unit in the Palm Beach County Jail.

33. WHEELER's statements and actions to PLAINTIFF did not further the employment interests of SHERIFF, as WHEELER's actions consisted of malevolence or ill will with intent to inflict unjustified and illegal physical harm upon PLAINTIFF. WHEELER's statements and actions were not in the scope or furtherance of his employment.

34. WHEELER also did intentionally further touch and strike PLAINTIFF by deliberately placing both of his hands around PLAINTIFF's throat and neck, lifting PLAINTIFF out of a chair while PLAINTIFF sat handcuffed behind his back. WHEELER then slammed PLAINTIFF's head against a wall and pulled PLAINTIFF onto a cement floor. WHEELER used his knee to then strike PLAINTIFF. The above actions were without the PLAINTIFF's consent and against his will. WHEELER's actions intentionally caused physical harm to PLAINTIFF. WHEELER's actions were not in the scope or furtherance of his employment and consisted of malevolence or ill will resulting in unjustified and illegal physical harm inflicted upon PLAINTIFF.

35. The conduct of WHEELER towards PLAINTIFF, as more fully set forth above, was objectively unreasonable and constituted Assault and Battery.

36. As a direct and proximate result of the actions of WHEELER, PLAINTIFF suffered damages which include: physical suffering and physical injury; physical inconvenience; physical discomfort; anguish and emotional suffering; embarrassment; legal costs and fees.

**WHEREFORE**, PLAINTIFF demands judgment against the WHEELER, for any and all damages allowable by law, including but not limited to compensatory damages, award of

payment of all costs related thereto, together with any post-judgment interest and further demands trial by jury.

Respectfully Submitted,
s/ Kevin R. Anderson
Kevin R. Anderson, Esq.
Florida Bar No.: 0044857
Juristfla@bellsouth.net
Anderson & Welch, LLC
500 S. Australian Ave., 6th Floor
West Palm Beach, FL 33401-6237
Telephone: 561-832-3386
Facsimile: 561-820-4867

*Attorney for the Plaintiff,*
JOREEL SINE
